AO 91 (Rev. 11/11) Criminal Complaint

United States District Court
Southern District Of Texas
FILED

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF TEXAS

MAY 2 2019

David J. Bradley, Clerk

United States of America
v.

Marcos Issael TAVERAS (YOB: 1982) USC
Donato BARRIOS Zaragoza (YOB: 1970) MEX

*Defendant(s)*

Case No. M-19-0996-M

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of May 1, 2019 in the county of Hidalgo in the SOUTHERN District of TEXAS, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 | Knowingly and intentionally possession with intent to distribute approximately 23.44 kilograms of cocaine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

See attachment A. Continued on the attached sheet.

Sworn to before me and signed in my presence.

Approved AUSA LAURA GARCIA

*Complainant's signature*

Brian Bagnoli, HSI Special Agent
*Printed name and title*

Date: 5/02/2019

City and state: McAllen, Texas

*Judge's signature*

J. Scott Hacker Magistrate Judge
*Printed name and title*

In April of 2019, Department of Homeland Security (DHS), Homeland Security Investigations (HSI) McAllen, TX Office received information regarding an individual selling cocaine. HSI McAllen Undercover Agents (UCAs) were in contact with an individual known as Marco TAVERAS via a recorded phone line. TAVERAS stated to the UCAs he was willing to sell 15 kg of cocaine to the UCAs plus an additional 5 kg of cocaine for the UCAs to transport further north. TAVERAS stated to the UCAs he would sell the cocaine for $375,000 to the UCAs. The UCAs agreed upon the negotiated price. TAVERAS stated to the UCAs he would be arriving by plane at the McAllen, TX airport from Houston, TX on May 1, 2019.

On May 1, 2019 TAVERAS and the UCAs agreed upon a designated location to coordinate the sale, at a Wal-Mart parking lot located in Pharr, TX. TAVERAS told the UCAs the type of vehicle he would be driving and the UCAs confirmed his arrival at the Wal-Mart parking lot in the vehicle. The driver of the vehicle was a citizen of Mexico named Donato BARRIOS Zaragoza. TAVERAS was in the passenger seat of the vehicle.

TAVERAS and BARRIOS both met the UCAs in the parking lot. The UCAs saw a suitcase in the backseat. The UCAs visually confirmed the cocaine was located in the suitcase. TAVERAS wanted to count all of the money to confirm the UCAs had all of it in their possession for the purchase. At that time, HSI McAllen Special Agents (SAs) and Task Force Officers (TFOs) arrested TAVERAS and BARRIOS where they were taken to the HSI McAllen Office. HSI McAllen seized approximately 23.44 kg of cocaine.

HSI McAllen SAs and TFOs conducted a post-Miranda interview of BARRIOS. BARRIOS stated he arrived in the United States from Mexico on the previous day. BARRIOS stated he was to meet TAVERAS at the airport. BARRIOS arrived at the airport and picked up TAVERAS. BARRIOS stated they drove to a hotel parking lot where they met with an individual only known as "Flaco." BARRIOS stated he walked to "Flaco's" vehicle, retrieved a suitcase from the vehicle, and placed it in the back seat of the vehicle BARRIOS was driving. BARRIOS stated while on the way to Wal-Mart, TAVERAS told him they would be receiving $375,000 from the individuals they were on their way to meet. BARRIOS stated at that point he believed the suitcase contained something illegal. BARRIOS stated when they met with the individuals, he saw several packages inside the suitcase.

HSI McAllen SAs and TFOs conducted a post-Miranda interview of TAVERAS. TAVERAS initially refused to provide to a statement. Upon request of TAVERAS a short second interview was conducted TAVERAS stated he did arrived from Houston, TX to McAllen, TX the same day as his arrest, May 1, 2019 but denied all other involvement.